GEORGE COLON CONTRACTING CORPORATION, Appellant, *v.* JOSEPH J. MORRISON et al., Constituting the Watertown Housing Authority, Respondents.

Submitted October 6, 1952; decided October 9, 1952.

*Benedict Ginsberg, Charles Kissel* and *Frederick L. Kane* for motion.

*W. Glenn Larmonth* and *Paxton Blair* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.